1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Honorable Thomas T. Glover
Chapter 7
Hearing Date: November 17, 2006
Hearing Time: 9:30 a.m.
Location: Seattle
Response Due: November 10, 2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:                                          ) Bankruptcy Case No. 06-11694
                                                )
LAWRENCE, DAVID H. and KATHY,                   ) ORDER APPROVING APPLICATION
                                                ) FOR PAYMENT OF INTERIM
            Debtors.                            ) COMPENSATION BY ATTORNEY FOR
                                                ) TRUSTEE
                                                )

THIS MATTER, having come before the Court on the Application of attorney for Trustee, Merrilee A. MacLean and Karr Tuttle Campbell ("Applicant"), for an Order Approving Application for Approval and Payment of Compensation by Attorney for Trustee, the Court having reviewed the files and records herein and having determined the good cause exists to grant the Applicant's request, hereby

ORDERS that the Application for Approval and Payment of Compensation by Attorney for Trustee is APPROVED; and

FURTHER ORDERS that the Trustee shall pay the fees and costs approved herein upon entry of this Order:

ORDER APPROVING APPLICATION FOR
PAYMENT OF INTERIM COMPENSATION
BY ATTORNEY FOR TRUSTEE - 1
#596627 v1 / 38813-006

*Law Offices*
KARR·TUTTLE·CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | | |
|---|---|---|
| Karr Tuttle Campbell - | fees (per fee application) | $14,476.00 |
| | expenses (per fee app) | $166.51 |
| TOTAL ATTORNEYS' FEES AND COSTS APPROVED | | $14,642.51 |

DONE IN OPEN COURT this ____ day of November, 2006.

_____
UNITED STATES BANKRUPTCY JUDGE

Presented by:

KARR TUTTLE CAMPBELL

/s/ Merrilee A. MacLean
_____
Merrilee A. MacLean  WSBA #12732
Attorneys for the Chapter 7 Trustee

ORDER APPROVING APPLICATION FOR
PAYMENT OF INTERIM COMPENSATION
BY ATTORNEY FOR TRUSTEE - 2
#596627 v1 / 38813-006

*Law Offices*
KARR·TUTTLE·CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100