The Honorable Thomas T. Glover
Chapter 7
Hearing Date: February 27, 2008
Hearing Time: 9:30 a.m.
Place: Marysville
Response Date: February 20, 2008

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 06-11694 |
| DAVID H. LAWRENCE and | ) | |
| KATHY LAWRENCE, | ) | NOTICE OF TRUSTEE'S |
| | ) | FINAL REPORT |
| Debtors. | ) | |

TO:    All creditors, the debtors and other parties in interest:

You are hereby notified that the Chapter 7 Trustee of the estate in this case has filed a pre-distribution final report dated January 9, 2008, with a statement of the final distribution to be made under 11 USC §726. The report states that total receipts were $155,374.94, disbursements were $29,287.79, and the balance on hand is $126,087.15. The report states that all final distribution payments are as follows:

<u>Chapter 7 Costs of Administration</u>
<u>Paid or to be paid in full</u>

Virginia Andrews Burdette
    Fees              11,018.75
    Expenses        <u>50.72</u>          11,069.47          11,069.47

Quackenbush & Hansen, P.S.
    Fees              1,395.00
    Expenses        <u>22.00</u>          1,417.00          1,417.00

<u>Priority Claims</u>
<u>To be paid in full</u>

| Claim No. | | Allowed | Dividend |
|---|---|---|---|
| 16 | WA Department of Revenue | 12,847.48 | 12,847.48 |

Notice of Final Meeting - 1

VIRGINIA ANDREWS BURDETTE, Trustee
600 Stewart Street, Suite 620
Seattle, WA 98101
(206) 441-0203

## Unsecured Claims
### To be paid a dividend of 22.01095%

| Claim No. | | Allowed | Dividend |
|---|---|---:|---:|
| 2 | Capital One Bank | 3,345.41 | 736.36 |
| 3 | American Express Bank FSB | 4,597.25 | 1,011.90 |
| 4 | American Express Travel Related Svc. | 1,733.84 | 381.63 |
| 5 | Huttig Building Products Inc. | 9,310.83 | 2,049.40 |
| 6 | Nordstrom FSB | 2,131.37 | 469.13 |
| 7 | US Bank Corp./Retail Payment Solutions | 12,555.24 | 2,763.53 |
| 8 | Bank of America | 10,228.03 | 2,251.29 |
| 11 | William B. Swenson | 174,049.82 | 38,310.03 |
| 12 | William B. Swenson | 80,990.80 | 17,826.85 |
| 13 | Brian Lawrence | 25,979.00 | 5,718.23 |
| 15 | Leary Franke Droppert PLLC | 19,415.85 | 4,273.61 |
| 17 | Peterson Sullivan PLLC | 991.97 | 218.34 |
| 18 | Recovery Management Systems Corp. | 1,053.46 | 231.88 |
| 20 | BECU | 71.17 | 15.67 |
| 21 | BECU | 2,523.95 | 555.55 |
| 22 | MBNA America Bank NA | 22,678.43 | 4,991.74 |
| 23 | Marc Board | 81,982.52 | 18,045.14 |
| 24 | LVNV Funding LLC its successors and assigns as assignee of Washington Mutual Finance LLC | 4,102.14 | 902.92 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, priority claims, contest of claims, and/or objections made to this proposed distribution.

The report states that the Trustee will abandon the following property: All unadministered assets of the debtor including all books and records.

Applications for compensation and reimbursement of expenses have been filed with respect to claims for Chapter 7 administrative expenses and, if applicable, Chapter 11, 12, or 13 administrative expenses as follows:

Notice of Final Meeting - 2

VIRGINIA ANDREWS BURDETTE, Trustee
600 Stewart Street, Suite 620
Seattle, WA 98101
(206) 441-0203

Case 06-11694-TTG    Doc 100    Filed 01/27/08    Ent. 01/27/08 21:37:49    Pg. 2 of 5

| Applicants | Fees | Expenses |
|---|---|---|
| Virginia Andrews Burdette | $11,018.75 | $50.72 |
| Quackenbush & Hansen, P.S. | $1,395.00 | $22.00 |

You are hereby notified that a hearing is scheduled to be held before the Honorable Thomas T. Glover, at the Marysville Municipal Court, Courtroom 1, 1015 State Avenue, Marysville, WA 98270, on February 27, 2008, at 9:30 a.m., for the purpose of considering the report and the applications for compensation and reimbursement of expenses and for approval and transacting such other business as may properly come before the court.

You are further notified that responses or objections must be made in writing and the original filed with the Bankruptcy Court at 700 Stewart Street, Room 6301, Seattle, Washington 98101. Copies must be served on the above-named Judge, and the following parties, **not later than the response date which is February 20, 2008**:

Virginia Andrews Burdette, Trustee  
600 Stewart Street, Suite 620  
Seattle, WA 98101

Office of the U.S. Trustee  
700 Stewart Street, Suite 5103  
Seattle, WA 98101

Failure to comply with the local rule may be deemed by the Court as opposition without merit. If responsive pleadings are not filed as stated above, the hearing may be stricken and an order approving the Trustee's Final Report and Application for Fees may be presented *ex parte*.

DATED: January 9, 2008

*/s/ Virginia Andrews Burdette*
Virginia Andrews Burdette, Trustee

Notice of Final Meeting - 3

VIRGINIA ANDREWS BURDETTE, Trustee
600 Stewart Street, Suite 620
Seattle, WA 98101
(206) 441-0203

Case 06-11694-TTG    Doc 100    Filed 01/27/08    Ent. 01/27/08 21:37:49    Pg. 3 of 5

```
BAE SYSTEMS
Bankruptcy Noticing Center                CERTIFICATE OF SERVICE
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514


District/off: 0981-2           User: jimk                   Page 1 of 2              Date Rcvd: Jan 25, 2008
Case: 06-11694                 Form ID: pdf                 Total Served: 66


The following entities were served by first class mail on Jan 27, 2008.
db          +David H Lawrence,    15526 67th Drive SE,    Snohomish, WA 98296-8796
jdb         +Kathy Lawrence,    15526 67th Drive SE,    Snohomish, WA 98296-8796
aty          Karr Tuttle Campbell PS,    1201 3rd Ave Ste 2900,    Seattle, WA  98101-3028
sr          +Bay Bank,   a Division of Cowlitz Bank,    c/o Mary Jo Heston,    1420 5th Ave #4100,
              Seattle, WA 98101-2375
sr          +Marc L Board,    c/o Mark D. Northrup,    Graham & Dunn PC,    Pier 70,    2801 Alaskan Way #300,
              Seattle, WA 98121-1134
sr          +Wells Fargo Bank,    c/o Richard J. Hayden,    1427 W 6th Ave,    Spokane, WA 99204-3303
950474707   +AMEX,    Box 0001,    Los Angeles, CA 90096-8000
950474708    AMEX,    P.O. Box 360002,    Ft. Lauderdale, FL 3336
950488244    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
950488245    American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
950474709    Attorney General,    U.S. Department of Justice,    950 Pennyslvania Ave. NW,
              Washington, D.C. 20530-0001
950503120   +BANK OF AMERICA,    PO BOX 26012,    NC4-105-03-14,    GREENSBORO, NC 27420-6012
950474715   +BECU,    Attn: Bankruptcy Management Dept,    PO Box 97050,    Seattle, WA 98124-9750
950474714   +BECU,    11127 Evergreen Way,    Everett, WA 98204-3848
950474710   +Bank of America,    P.O. Box 30020,    Los Angeles, CA 90030-0020
950474711   +Bank of America VISA,    P.O. Box 60069,    City of Industry, CA 91716-0069
950515922   +Bay Bank,    c/o Susan Brye,    1420 5th Ave #4100,    Seattle WA 98101-2375
950474712   +Bay Bank,    10500 NE 8th Street, Ste 1750,    Bellevue, WA 98004-4357
950474716   +Brian Lawrence,    1048 Cassius Court,    Camano Island, WA 98282-6632
950474717   +Bush Strout Kornfeld,    5500 Two Union Square,    601 Union Street,    Seattle, WA 98101-2341
950474718   +CAPCO,    3006 Northup Way, #103,    Bellevue, WA 98004-1445
950482239   +CAPITAL ONE BANK,    C/O TSYS DEBT MGMT,    PO BOX 5155,    NORCROSS,GA 30091-5155
950474719   +Capital One VISA,    P.O. Box 60067,    City of Industry, CA 91716-0067
950474720   +Certegy,    P.O. Box 30272,    Tampa, FL 33630-3272
950474721   +Dell Financial,    P.O. Box 6403,    Carol Stream, IL 60197-6403
950474723   +Douglas Jamieson,    642 12th Ave.,    Kirkland, WA 98033-5114
950630934   +First American Title,    c/o John P. Dahl, Esq.,    2101 4th Ave., Ste. 800,
              Seattle, WA 98121-2318
950474724   +Huttig Building Products,    525 ’C’ Street NW,    Auburn, WA 98001-3909
950490618   +Huttig Building Products Inc,    555 Maryville University Dr,    St Louis MO 63141-5805
950474722  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: District Counsel,    915 Second Ave., Room 2719,    Seattle, WA 98101)
950474726  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: IRS Special Procedures,    915 Second Ave., M/S-W244,
              Seattle, WA 98174)
950474725  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    Ogden, UT 84201)
950528547   +Leary Franke Droppert PLLC,    c/o Mark D. Northrup,    Graham & Dunn PC,    Pier 70,
              2801 Alaskan Way #300,    Seattle, WA 98121-1134
950474728   +Leary Franke Droppert, PLLC,    1500 Fourth Ave., Ste. 600,    Seattle, WA 98101-1670
950474731   +MBNA America Bank NA,    PO Box 15168,    Mailstop DE5-014-02-03,    Wilmington, DE 19850-5168
950474729   +Macy’s,    P.O. Box 4582,    Carol Stream, IL 60197-4582
950474730   +Marc Board,    1575 Delucchi Lane, #115,    Reno, NV 89502-6557
950474732   +Mills Music,    P.O. Box 2125,    Mill Creek, WA 98041-2125
950474734   +Novus Info. Systems,    Merchant Services,    Recovery Department,    P.O. Box 9599,
              Knoxville, TN 37940-0599
950474735   +PayPal VISA,    P.O. Box 660487,    Dallas, TX 75266-0487
950474736   +Peterson Sullivan PLLC,    601 Union Street, Ste. 2300,    Seattle, WA 98101-2345
950474737   +Primary Residential Mortgage,    4750 W. Wiley Post Way, Ste. 200,    Salt Lake City, UT 84116-2873
950586784   +Primary Residential Mortgage Inc.,    John S. Kaplan, Perkins Coie LLP,    1201 Third Avenue,
              Suite 4800, Seattle, WA 98101-3029
950537609   +RFP Manufacturing, Inc.,    Attn: Rawlin G. McInelly, President,    21222 Mountain Highway,
              Spanaway, WA 98387-7536
950539644    RFP Manufacturing, Inc.,    PO Box 5321,    Spanaway, WA 98387-4088
950530358   +Recovery Management Systems Corporation,    For GE Money Bank,    dba MENS WEARHOUSE,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
950474738   +Regence,    P.O. Box 21267,    Seattle, WA 98111-3267
950474739   +Robert P Dunlop,    ARDREEN LLC,    PO Box 819,    Mercer Island, WA 98040-0819
950480004    Snohomish County Treasurer,    Attn: Bankruptcy Officer,    3000 Rockefeller Ave M/S 501,
              Everett WA 98201-4060
950474740   +The Men’s Wearhouse,    P.O. Box 530993,    Atlanta, GA 30353-0993
950474741   +Trustmark VISA,    P.O. Box 143,    Jackson, MS 39205-0143
950474742    Turner and Turner,    P.O. Box 1617,    Staten Island, NY 10313
950474743   +U.S. Attorney,    700 Stewart St., Ste. 5200,    Seattle, WA 98101-1271
950474744  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 790408,    St. Louis, MO 63179)
950494479   +US BANK CORP/RETAIL PAYMENT SOLUTIONS,    PO BOX 5229,    CINCINNATI, OHIO 45201-5229
950527215   +US Bancorp,    60 Livingston Avenue,    St. Paul, MN 55107-2575
950527216   +US Bank,    1420 Fifth Avenue,    Seattle, WA 98101-2391
950474727   +W.M. Swensen Enterprises,    P.O. Box 442,    McKenna, WA 98558-0442
950522997   +WA Department of Revenue,    2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
950519229   +WILLIAM B SWENSON,    7350 CIRQUE DR W #102,    UNIVERSITY PLACE WA 98467-2241
950474745   +Washington State Dept. of Revenue,    Charity Garner,    P.O. Box 111180,    Tacoma, WA 98411-1180
950474746   +Wells Fargo,    P.O. Box 29704,    Phoenix, AZ 85038-9704
950567927   +Wells Fargo Auto Finance,    PO Box 30095,    Walnut Creek CA 94598-9095
950474747   +William B. Swensen,    P.O. Box 442,    McKenna, WA 98558-0442
```

```
The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Jan 26, 2008.
950564770      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual Finance,  LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
950474733     +E-mail/PDF: bnc@nordstrom.com Jan 26 2008 04:24:46     Nordstrom fsb,   PO Box 6566,
               Englewood, CO 80155-6566
                                                                                                 TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc           Michael D Quackenbush
cr            Primary Residential Mortgage Inc
acc           Quackenbush & Hansen PS
950474713*   +Bay Bank,   10500 NE 8th St., Ste. 1750,   Bellevue, WA 98004-4357
                                                                                              TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2008**                          **Signature:** _Joseph Speetjens_