The Honorable Thomas T. Glover
Chapter 7
Hearing Date: February 27, 2008
Hearing Time: 9:30 a.m.
Place: Marysville
Response Date: February 20, 2008

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 06-11694 |
| DAVID H. LAWRENCE and | ) | |
| KATHY LAWRENCE, | ) | ORDER APPROVING FINAL REPORT |
| | ) | AND APPLICATIONS FOR |
| | ) | ADMINISTRATIVE EXPENSES |
| Debtors. | ) | |

This matter having come on for hearing on February 27, 2008, upon Notice of Final Report and Applications for Compensation, the attorney for the Trustee, Merrilee A. MacLean, appearing and the Debtor David H. Lawrence having failed to appear, it is hereby ordered that:

1. Debtor David H. Lawrence's objections to the Trustee's Final Report are overruled;

2. The Final Report with the following changes to distribution are approved:

    a. Claim No. 16 of Washington State Department of Revenue withdrawn by creditor;

    b. Claim No. 23 of Marc Board shall be reduced from $81,982.52 to $71,982.52, as agreed by creditor; and

    c. An additional award of attorneys' fees in the amount of $1,000.00 to attorney for Trustee, Merrilee A. MacLean.

    d. As a result of these changes, the disbursements to unsecured creditors shall be increased from the amounts identified in the Final Report, as follows:

| Claim No. | | Allowed | Dividend |
|---|---|---|---|
| 2 | Capital One Bank | 3,345.41 | 841.32 |
| 3 | American Express Bank FSB | 4,597.25 | 1,156.14 |
| 4 | American Express Travel Related Svc. | 1,733.84 | 436.04 |
| 5 | Huttig Building Products Inc. | 9,310.83 | 2,341.54 |

Order Approving Final Report- 1

VIRGINIA ANDREWS BURDETTE, Trustee
600 Stewart Street, Suite 620
Seattle, WA 98101
(206) 441-0203

Case 06-11694-TTG    Doc 104    Filed 02/28/08    Ent. 02/28/08 17:00:10    Pg. 1 of 2

| | | | |
|---|---|---|---|
| 6 | Nordstrom FSB | 2,131.37 | 536.01 |
| 7 | US Bank Corp/Retail Payment Solutions | 12,555.24 | 3,157.47 |
| 8 | Bank of America | 10,228.03 | 2,572.21 |
| 11 | William B. Swenson | 174,049.82 | 43,771.12 |
| 12 | William B. Swenson | 80,990.80 | 20,368.06 |
| 13 | Brian Lawrence | 25,979.00 | 6,533.36 |
| 15 | Leary Franke Droppert PLLC | 19,415.85 | 4,882.82 |
| 17 | Peterson Sullivan PLLC | 991.97 | 249.47 |
| 18 | Recovery Management Systems Corp. | 1,053.46 | 264.93 |
| 20 | BECU | 71.17 | 17.90 |
| 21 | BECU | 2,523.95 | 634.74 |
| 22 | MBNA America Bank NA | 22,678.43 | 5,703.31 |
| 23 | Marc Board | 71,982.52 | 18,102.61 |
| 24 | LVNV Funding LLC it successors and assigns as assignee of Washington Mutual Finance LLC | 4,102.14 | 1,031.63 |

3. Reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred and hereby awarded and allowed as follows:

| | Applicant | Compensation | Expenses |
|---|---|---|---|
| Trustee: | Virginia Andrews Burdette | 11,018.75 | 50.72 |
| Accountant: | Quackenbush & Hansen, P.S. | 1,395.00 | 22.00 |
| Attorney for Trustee: | Merrilee A. MacLean, Karr Tuttle Campbell | 1,000.00 | 0.00 |

DATED _____.

Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:
*/s/ Virginia Andrews Burdette*
Virginia Andrews Burdette
Trustee

Order Approving Final Report- 2

VIRGINIA ANDREWS BURDETTE, Trustee
600 Stewart Street, Suite 620
Seattle, WA 98101
(206) 441-0203

Case 06-11694-TTG    Doc 104    Filed 02/28/08    Ent. 02/28/08 17:00:10    Pg. 2 of 2